THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

PAUL HOWARD TILLEY,                )
                                   )
            Plaintiff,             )
                                   )
vs.                                )   No. CIV-10-355-FHS-SPS
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner Social Security       )
Administration,                    )
                                   )
            Defendant.             )

## ORDER

On March 6, 2012, United States Magistrate Judge for this District filed Findings and Recommendations in this case affirming the decision of the ALJ. An objection was filed by plaintiff, pro se, on March 9, 2012, stating that the ALJ ignored three issues. The court reviewed the Findings and Recommendations and the objection.

This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **sustained**.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 12th day of March, 2012.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma